IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:18-cv-733 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ODYSSEY SPIRITS, INC., | ) | |
| MARK A. HOEHN, and | ) | |
| LAURA A. HOEHN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## COMPLAINT

The plaintiff United States of America brings this civil action, with the authorization of a delegate of the Secretary of the Treasury and at the direction of a delegate of the Attorney General, pursuant to 26 U.S.C. §§ 7401 and 7402, to: (1) enjoin the defendants Odyssey Spirits, Inc., Mark Hoehn, and Laura Hoehn from continuing to operate a business (regardless of the entity through which such business is conducted) without paying the associated federal employment taxes on their employees' wages and (2) reduce to judgment certain unpaid assessed federal tax liabilities.

The plaintiff United States of America alleges:

### Jurisdiction and Parties

1.      Jurisdiction over this action is conferred upon the district court by 28 U.S.C. §§ 1331, 1340, and 1345 as well as 26 U.S.C. §§ 7401 and 7402.

2.      Venue is proper under 28 U.S.C. §§ 1391(b) and 1396.

3.     Defendant Odyssey Spirits, Inc. ("Odyssey") is a corporation that operates a novelty store and a screen printing business from its principal place of business in Aurora, Portage County, Ohio, which is within the jurisdiction of the court.

4.     Defendants Mark and Laura Hoehn are the shareholders and corporate officers of Odyssey.

5.     Defendants Mark and Laura Hoehn reside in Chagrin Falls, Geauga County, Ohio, which is within the jurisdiction of the Court.

6.     Odyssey conducts business under the trade name Odyssey Printwear.

**Count I – Injunction**

7.     For various tax periods from 2002 to the present date, the defendants have failed to comply with their federal tax obligations and have engaged in an activity known as "pyramiding," whereby a business repeatedly withholds taxes from its employees but fails to remit those taxes to the IRS as mandated by law.

8.     Such activity has been and continues to be a drain on the United States Treasury.

9.     At times relevant to this action, Odyssey has had employees and, as an employer, the company has been subject to federal employment tax obligations imposed by the Internal Revenue Code, including the duties to:

a.     Withhold, account for, and pay over an estimated amount of income tax for each employee from each paycheck;

b.     Withhold, account for, and pay over the employee portion of the tax imposed upon wages by the Federal Insurance Contributions Act (FICA) from each employee's paycheck;

      c.      Pay the employer portion of the tax imposed upon employee wages by FICA;

      d.      Submit Form 941 (Employer's Quarterly Federal Tax Return) to the United States, along with any withheld employee income tax, withheld employee FICA tax, and the employer FICA tax not already deposited on or before the legal due date (approximately 30 days after the close of each calendar quarter);

      e.      Submit Form 940 (Employer's Annual Federal Unemployment Tax Return) to the United States along with payment of tax as required by the Federal Unemployment Tax Act (FUTA); and

      f.      Make federal tax deposits of a frequency required by the Internal Revenue Code and implementing regulations.

10.      Since at least 2002, the IRS has attempted to bring Odyssey into compliance with its federal payroll tax obligations and to collect past-due payroll taxes from the company, including by:

      a.      Speaking with defendants Mark and Laura Hoehn about Odyssey's payroll tax obligations on numerous occasions;

      b.      Recording 37 Notices of Federal Tax Liens against Odyssey between 2008 and 2014;

      c.      Entering into installment agreements with the taxpayers;

      d.      Levying on Odyssey's bank accounts and accounts receivable;

      e.      Assessing trust fund recovery penalties, under 26 U.S.C. § 6672, against Mark Hoehn and Laura Hoehn for multiple quarterly periods, making them personally liable for a portion of Odyssey's unpaid employment taxes;

     f.     Engaging in collection due process hearings with Odyssey; and

     g.     Hand-delivering an IRS Letter 903 and Notice 931 to Mark Hoehn on December 9, 2016, which placed Odyssey on notice that if it continued to fail to comply with its employment tax obligations, then the IRS might pursue a suit for civil injunction.

11.     Odyssey has a long history of failing to timely file federal employment (Form 941), unemployment (Form 940), and corporate income (Form 1120) tax returns, as well as failing to make the requisite tax payments of the liabilities due thereunder, which continues to this date. Such noncompliance has resulted in an amount due that exceeds $728,236.78, as of February 22, 2018, plus such additional amounts as may continue to accrue as provided by law.

12.     Odyssey continues to incur liabilities with each passing quarter and has not demonstrated a willingness to comply with its obligations under the Internal Revenue Code. There is no evidence that Odyssey or the Hoehns will make the necessary effort to become compliant, absent a court order compelling them to do so.

13.     Odyssey's pyramiding undermines the administrative tools available to the United States for collecting delinquent taxes, as indicated by the substantial liabilities in paragraph 15, below.

14.     An injunction against Odyssey and its owner-operators, Mark and Laura Hoehn (including through any other entity that they may conduct business), requiring them to comply with their federal payroll tax obligations is necessary and appropriate for several reasons, including:

     a. Traditional collection methods have not convinced Odyssey and the Hoehns to stop pyramiding payroll tax liabilities;

     b.     Anything other than an injunction will encourage Odyssey and/or the Hoehns to continue pyramiding because it gives the corporation or any similar entity the Hoehns may form an unfair advantage over its tax-paying competitors;

     c.     The IRS estimates that, for each new quarter for which Odyssey fails to pay its employment taxes, the loss of revenue is approximately $15,000 per quarter, which the United States will be unable to collect. The unpaid employee income taxes must nevertheless be credited to the individuals from whose wages the taxes are withheld. Similarly, the unpaid FICA taxes (withheld portion and employer's portion) must be credited to the employees for purposes of eligibility for social security benefits. In effect, Odyssey is stealing trust funds withheld as taxes from the government.

     d.     An injunction will not injure Odyssey as it will merely compel it to conduct business like every other tax-paying business in the United States.  Moreover, an injunction will protect the public's interest in fair competition by halting Odyssey's illegal practices and leveling the playing field with its tax-compliant competitors.

### Count II – Reduce Unpaid Tax Liabilities to Judgment

15.     For the tax periods set forth in the table below, a delegate of the Secretary of the Treasury made the following assessments against Odyssey, for its failure to pay federal employment (Form 941), unemployment (Form 940), and income (Form 1120) taxes, as well as penalties and interest, in the following amounts, which have the following balances due as of the balance dates indicated, after accounting for all costs, fees, accruals, payments, credits, and abatements:

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
| 941 | 03/31/07 | 03/31/08 | Tax | $7,539.98 | $15,237.74 | 03/19/18 |
| | | 03/31/08 | Tax Deposit Penalty | $753.98 | | |
| | | 03/31/08 | Late Payment Penalty | $1,696.50 | | |
| | | 03/31/08 | Failure to Pay Tax Penalty | $414.70 | | |
| | | 03/31/08 | Interest | $680.58 | | |
| | | 05/05/08 | Tax Deposit Penalty | $377.00 | | |
| | | 11/16/09 | Failure to Pay Tax Penalty | $1,432.60 | | |
| | | 11/15/10 | Failure to Pay Tax Penalty | $37.70 | | |
| | | 11/17/14 | Interest | $3,158.80 | | |
| | | 04/18/16 | Interest | $652.53 | | |
| 941 | 09/30/07 | 03/31/08 | Tax | $9,083.63 | $16,426.11 | 03/19/18 |
| | | 03/31/08 | Late Filing Penalty | $1,585.97 | | |
| | | 03/31/08 | Failure to Pay Tax Penalty | $176.22 | | |
| | | 03/31/08 | Interest | $269.83 | | |
| | | 07/14/08 | Tax Deposit Penalty | $869.24 | | |
| | | 11/16/09 | Failure to Pay Tax Penalty | $1,339.27 | | |
| | | 11/15/10 | Failure to Pay Tax Penalty | $246.71 | | |
| | | 11/17/14 | Interest | $3,006.43 | | |
| | | 04/18/16 | Interest | $671.94 | | |
| 941 | 12/31/07 | 04/07/08 | Tax | $17,553.10 | $37,519.30 | 03/19/18 |
| | | 04/07/08 | Late Filing Penalty | $1,579.78 | | |
| | | 04/07/08 | Tax Deposit Penalty | $1,755.31 | | |
| | | 04/07/08 | Failure to Pay Tax Penalty | $263.30 | | |
| | | 04/07/08 | Interest | $243.02 | | |
| | | 05/12/08 | Tax Deposit Penalty | $877.65 | | |
| | | 11/16/09 | Failure to Pay Tax Penalty | $3,247.32 | | |
| | | 11/15/10 | Failure to Pay Tax Penalty | $877.65 | | |
| | | 11/17/14 | Interest | $6,890.41 | | |
| | | 04/18/16 | Interest | $1,464.01 | | |
| 941 | 03/31/08 | 02/08/10 | Tax | $15,180.00 | $11,461.82 | 03/19/18 |
| | | 02/08/10 | Late Filing Penalty | $1,117.95 | | |
| | | 02/08/10 | Failure to Pay Tax Penalty | $546.55 | | |
| | | 02/08/10 | Interest | $535.92 | | |
| | | 05/24/10 | Tax Deposit Penalty | $872.85 | | |
| | | 11/14/11 | Failure to Pay Tax Penalty | $695.62 | | |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
|  |  | 11/17/14 | Interest | $1,423.50 |  |  |
|  |  | 04/18/16 | Interest | $447.23 |  |  |
| 941 | 06/30/08 | 09/08/08 | Tax | $7,011.16 | $9,939.94 | 03/19/18 |
|  |  | 09/08/08 | Failure to Pay Tax Penalty | $5.00 |  |  |
|  |  | 09/08/08 | Interest | $2.67 |  |  |
|  |  | 09/15/08 | Dishonored Check Penalty | $90.22 |  |  |
|  |  | 10/13/08 | Tax Deposit Penalty | $250.56 |  |  |
|  |  | 11/16/09 | Failure to Pay Tax Penalty | $721.62 |  |  |
|  |  | 11/15/10 | Failure to Pay Tax Penalty | $526.17 |  |  |
|  |  | 11/17/14 | Interest | $1,687.95 |  |  |
|  |  | 04/18/16 | Interest | $387.21 |  |  |
| 941 | 09/30/08 | 12/22/08 | Tax | $10,720.72 | $7,101.50 | 03/19/18 |
|  |  | 12/22/08 | Tax Deposit Penalty | $947.08 |  |  |
|  |  | 12/22/08 | Failure to Pay Tax Penalty | $57.20 |  |  |
|  |  | 12/22/08 | Interest | $35.83 |  |  |
|  |  | 02/02/09 | Tax Deposit Penalty | $161.04 |  |  |
|  |  | 11/15/10 | Failure to Pay Tax Penalty | $644.15 |  |  |
|  |  | 11/14/11 | Failure to Pay Tax Penalty | $128.83 |  |  |
|  |  | 11/17/14 | Interest | $1,105.68 |  |  |
|  |  | 04/18/16 | Interest | $277.11 |  |  |
| 941 | 12/31/08 | 03/30/09 | Tax | $13,890.50 | $27,245.94 | 03/19/18 |
|  |  | 03/30/09 | Late Filing Penalty | $625.07 |  |  |
|  |  | 03/30/09 | Tax Deposit Penalty | $1,389.05 |  |  |
|  |  | 03/30/09 | Failure to Pay Tax Penalty | $138.90 |  |  |
|  |  | 03/30/09 | Interest | $115.78 |  |  |
|  |  | 05/04/09 | Tax Deposit Penalty | $694.52 |  |  |
|  |  | 11/15/10 | Failure to Pay Tax Penalty | $2,569.74 |  |  |
|  |  | 11/14/11 | Failure to Pay Tax Penalty | $763.98 |  |  |
|  |  | 11/17/14 | Interest | $3,977.38 |  |  |
|  |  | 04/18/16 | Interest | $1,063.13 |  |  |
| 941 | 03/31/09 | 02/08/10 | Tax | $15,180.00 | $33,046.09 | 03/19/18 |
|  |  | 02/08/10 | Late Filing Penalty | $3,415.50 |  |  |
|  |  | 02/08/10 | Tax Deposit Penalty | $1,518.00 |  |  |
|  |  | 02/08/10 | Failure to Pay Tax Penalty | $759.00 |  |  |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
| | | 02/08/10 | Interest | $587.82 | | |
| | | 03/15/10 | Tax Deposit Penalty | $759.00 | | |
| | | 11/14/11 | Failure to Pay Tax Penalty | $3,036.00 | | |
| | | 11/17/14 | Interest | $4,063.54 | | |
| | | 04/18/16 | Interest | $1,289.46 | | |
| 941 | 06/30/09 | 02/08/10 | Tax | $15,180.00 | $32,767.35 | 03/19/18 |
| | | 02/08/10 | Late Filing Penalty | $3,415.50 | | |
| | | 02/08/10 | Tax Deposit Penalty | $1,518.00 | | |
| | | 02/08/10 | Failure to Pay Tax Penalty | $531.30 | | |
| | | 02/08/10 | Interest | $395.40 | | |
| | | 03/15/10 | Tax Deposit Penalty | $759.00 | | |
| | | 11/14/11 | Failure to Pay Tax Penalty | $3,111.90 | | |
| | | 11/12/12 | Failure to Pay Tax Penalty | $151.80 | | |
| | | 11/17/14 | Interest | $4,008.67 | | |
| | | 04/18/16 | Interest | $1,278.58 | | |
| 941 | 09/30/09 | 11/29/10 | Tax | $15,180.00 | $32,382.03 | 03/19/18 |
| | | 11/29/10 | Late Filing Penalty | $3,415.50 | | |
| | | 11/29/10 | Tax Deposit Penalty | $1,518.00 | | |
| | | 11/29/10 | Failure to Pay Tax Penalty | $986.70 | | |
| | | 11/29/10 | Interest | $820.46 | | |
| | | 01/03/11 | Tax Deposit Penalty | $759.00 | | |
| | | 11/14/11 | Failure to Pay Tax Penalty | $1,366.20 | | |
| | | 11/12/12 | Failure to Pay Tax Penalty | $1,442.10 | | |
| | | 11/17/14 | Interest | $3,233.74 | | |
| | | 04/18/16 | Interest | $1,263.54 | | |
| 941 | 12/31/09 | 11/29/10 | Tax | $15,180.00 | $32,105.01 | 03/19/18 |
| | | 11/29/10 | Late Filing Penalty | $3,415.50 | | |
| | | 11/29/10 | Tax Deposit Penalty | $1,518.00 | | |
| | | 11/29/10 | Failure to Pay Tax Penalty | $759.00 | | |
| | | 11/29/10 | Interest | $625.70 | | |
| | | 01/03/11 | Tax Deposit Penalty | $759.00 | | |
| | | 11/14/11 | Failure to Pay Tax Penalty | $1,366.20 | | |
| | | 11/12/12 | Failure to Pay Tax Penalty | $1,669.80 | | |
| | | 11/17/14 | Interest | $3,190.72 | | |
| | | 04/18/16 | Interest | $1,252.74 | | |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
| 941 | 03/31/10 | 10/17/11 | Tax | $9,364.04 | $19,386.02 | 03/19/18 |
| | | 10/17/11 | Late Filing Penalty | $2,106.91 | | |
| | | 10/17/11 | Tax Deposit Penalty | $853.08 | | |
| | | 10/17/11 | Failure to Pay Tax Penalty | $767.82 | | |
| | | 10/17/11 | Interest | $657.01 | | |
| | | 11/21/11 | Tax Deposit Penalty | $426.57 | | |
| | | 11/12/12 | Failure to Pay Tax Penalty | $1,119.52 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $374.57 | | |
| | | 11/17/14 | Interest | $1,454.20 | | |
| | | 04/18/16 | Interest | $753.11 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $79.10 | | |
| 941 | 06/30/10 | 02/06/12 | Tax | $11,322.03 | $23,203.15 | 03/19/18 |
| | | 02/06/12 | Late Filing Penalty | $2,547.46 | | |
| | | 02/06/12 | Tax Deposit Penalty | $1,036.08 | | |
| | | 02/06/12 | Failure to Pay Tax Penalty | $984.31 | | |
| | | 02/06/12 | Interest | $781.41 | | |
| | | 03/12/12 | Tax Deposit Penalty | $518.06 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $1,754.91 | | |
| | | 11/17/14 | Interest | $1,546.39 | | |
| | | 04/18/16 | Interest | $901.55 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $91.29 | | |
| 941 | 09/30/10 | 10/24/11 | Tax | $13,552.71 | $25,312.27 | 03/19/18 |
| | | 10/24/11 | Late Filing Penalty | $3,049.36 | | |
| | | 10/24/11 | Failure to Pay Tax Penalty | $746.54 | | |
| | | 10/24/11 | Interest | $610.42 | | |
| | | 11/12/12 | Failure to Pay Tax Penalty | $1,620.77 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $948.69 | | |
| | | 11/17/14 | Interest | $1,859.72 | | |
| | | 04/18/16 | Interest | $984.64 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $72.17 | | |
| 941 | 12/31/10 | 10/24/11 | Tax | $9,392.25 | $18,987.37 | 03/19/18 |
| | | 10/24/11 | Late Filing Penalty | $2,113.26 | | |
| | | 10/24/11 | Tax Deposit Penalty | $858.60 | | |
| | | 10/24/11 | Failure to Pay Tax Penalty | $386.38 | | |
| | | 10/24/11 | Interest | $313.41 | | |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
| | | 11/28/11 | Tax Deposit Penalty | $429.31 | | |
| | | 11/12/12 | Failure to Pay Tax Penalty | $1,123.04 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $798.34 | | |
| | | 11/17/14 | Interest | $1,392.62 | | |
| | | 04/18/16 | Interest | $739.19 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $40.30 | | |
| 941 | 03/31/11 | 10/10/11 | Tax | $7,755.85 | $14,265.32 | 03/19/18 |
| | | 10/10/11 | Late Filing Penalty | $1,745.07 | | |
| | | 10/10/11 | Failure to Pay Tax Penalty | $232.68 | | |
| | | 10/10/11 | Interest | $168.58 | | |
| | | 11/12/12 | Failure to Pay Tax Penalty | $980.69 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $775.59 | | |
| | | 11/17/14 | Interest | $1,047.89 | | |
| | | 04/18/16 | Interest | $556.64 | | |
| 941 | 06/30/11 | 10/10/11 | Tax | $10,131.92 | $18,606.86 | 03/19/18 |
| | | 10/10/11 | Late Filing Penalty | $911.87 | | |
| | | 10/10/11 | Tax Deposit Penalty | $1,013.18 | | |
| | | 10/10/11 | Failure to Pay Tax Penalty | $151.98 | | |
| | | 10/10/11 | Interest | $83.21 | | |
| | | 11/14/11 | Tax Deposit Penalty | $506.60 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $2,381.00 | | |
| | | 11/17/14 | Interest | $1,320.45 | | |
| | | 04/18/16 | Interest | $726.05 | | |
| 941 | 09/30/11 | 05/07/12 | Tax | $11,449.81 | $22,744.68 | 03/19/18 |
| | | 05/07/12 | Late Filing Penalty | $2,576.21 | | |
| | | 05/07/12 | Tax Deposit Penalty | $1,144.96 | | |
| | | 05/07/12 | Failure to Pay Tax Penalty | $400.74 | | |
| | | 05/07/12 | Interest | $219.17 | | |
| | | 06/11/12 | Tax Deposit Penalty | $572.49 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $1,889.22 | | |
| | | 11/17/14 | Interest | $1,346.25 | | |
| | | 11/17/14 | Failure to Pay Tax Penalty | $572.49 | | |
| | | 04/18/16 | Interest | $887.50 | | |
| 941 | 12/31/11 | 05/21/12 | Tax | $9,926.95 | $16,843.21 | 03/19/18 |
| | | 05/21/12 | Tax Deposit Penalty | $992.64 | | |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
| | | 05/21/12 | Failure to Pay Tax Penalty | $198.54 | | |
| | | 05/21/12 | Interest | $90.74 | | |
| | | 06/25/12 | Tax Deposit Penalty | $496.35 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $1,588.31 | | |
| | | 11/17/14 | Interest | $955.09 | | |
| | | 11/17/14 | Failure to Pay Tax Penalty | $694.89 | | |
| | | 04/18/16 | Interest | $657.22 | | |
| 941 | 03/31/12 | 06/25/12 | Tax | $9,872.52 | $17,122.39 | 03/19/18 |
| | | 06/25/12 | Tax Deposit Penalty | $918.11 | | |
| | | 06/25/12 | Failure to Pay Tax Penalty | $91.81 | | |
| | | 06/25/12 | Interest | $42.24 | | |
| | | 07/30/12 | Tax Deposit Penalty | $459.05 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $1,423.06 | | |
| | | 11/17/14 | Interest | $838.56 | | |
| | | 11/17/14 | Failure to Pay Tax Penalty | $780.39 | | |
| | | 11/23/15 | Interest | $425.23 | | |
| | | 03/07/16 | Add'l Tax | $1,127.32 | | |
| 941 | 06/30/12 | 10/22/12 | Tax | $9,842.89 | $2,495.97 | 03/19/18 |
| | | 06/11/12 | Dishonored Check Penalty | $25.00 | | |
| | | 10/22/12 | Late Filing Penalty | $372.09 | | |
| | | 10/22/12 | Tax Deposit Penalty | $579.01 | | |
| | | 10/22/12 | Failure to Pay Tax Penalty | $45.39 | | |
| | | 10/22/12 | Interest | $18.37 | | |
| | | 11/26/12 | Tax Deposit Penalty | $40.54 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $101.36 | | |
| | | 11/17/14 | Interest | $124.66 | | |
| | | 11/17/14 | Failure to Pay Tax Penalty | $89.20 | | |
| | | 04/18/16 | Interest | $97.38 | | |
| 941 | 09/30/12 | 01/07/13 | Tax | $10,645.79 | $17,626.90 | 03/19/18 |
| | | 01/07/13 | Tax Deposit Penalty | $1,064.58 | | |
| | | 01/07/13 | Failure to Pay Tax Penalty | $159.69 | | |
| | | 01/07/13 | Interest | $59.52 | | |
| | | 02/18/13 | Tax Deposit Penalty | $532.29 | | |
| | | 11/17/14 | Interest | $713.28 | | |
| | | 11/17/14 | Failure to Pay Tax Penalty | $1,596.86 | | |
| | | 04/18/16 | Interest | $649.68 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $904.90 | | |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
| 941 | 12/31/12 | 03/18/13 | Tax | $10,786.64 | $2,229.18 | 03/19/18 |
|  |  | 03/18/13 | Tax Deposit Penalty | $412.49 |  |  |
|  |  | 03/18/13 | Failure to Pay Tax Penalty | $11.40 |  |  |
|  |  | 03/18/13 | Interest | $4.32 |  |  |
|  |  | 04/22/13 | Tax Deposit Penalty | $57.02 |  |  |
|  |  | 11/17/14 | Interest | $83.26 |  |  |
|  |  | 11/17/14 | Failure to Pay Tax Penalty | $159.66 |  |  |
|  |  | 04/18/16 | Interest | $82.18 |  |  |
|  |  | 04/18/16 | Failure to Pay Tax Penalty | $114.04 |  |  |
| 941 | 03/31/13 | 07/08/13 | Tax | $7,747.28 | $11,746.29 | 03/19/18 |
|  |  | 07/08/13 | Tax Deposit Penalty | $718.40 |  |  |
|  |  | 07/08/13 | Failure to Pay Tax Penalty | $107.76 |  |  |
|  |  | 07/08/13 | Interest | $40.86 |  |  |
|  |  | 08/12/13 | Tax Deposit Penalty | $359.20 |  |  |
|  |  | 11/17/14 | Interest | $349.85 |  |  |
|  |  | 11/17/14 | Failure to Pay Tax Penalty | $862.08 |  |  |
|  |  | 04/18/16 | Interest | $423.54 |  |  |
|  |  | 04/18/16 | Failure to Pay Tax Penalty | $826.15 |  |  |
| 941 | 06/30/13 | 08/26/13 | Tax | $10,898.36 | $17,697.00 | 03/19/18 |
|  |  | 08/26/13 | Tax Deposit Penalty | $1,089.84 |  |  |
|  |  | 08/26/13 | Failure to Pay Tax Penalty | $54.49 |  |  |
|  |  | 08/26/13 | Interest | $23.31 |  |  |
|  |  | 09/30/13 | Tax Deposit Penalty | $544.92 |  |  |
|  |  | 11/17/14 | Interest | $471.64 |  |  |
|  |  | 11/17/14 | Failure to Pay Tax Penalty | $1,253.31 |  |  |
|  |  | 04/18/16 | Interest | $630.85 |  |  |
|  |  | 04/18/16 | Failure to Pay Tax Penalty | $1,416.79 |  |  |
| 941 | 12/31/13 | 02/24/14 | Tax | $12,341.32 | $12,341.32 | 03/19/18 |
|  |  | 02/24/14 | Failure to Pay Tax Penalty | $40.46 |  |  |
|  |  | 02/24/14 | Interest | $15.98 |  |  |
|  |  | 04/18/16 | Interest | $546.38 |  |  |
|  |  | 04/18/16 | Failure to Pay Tax Penalty | $1,982.39 |  |  |
| 941 | 06/30/14 | 09/01/14 | Tax | $5,106.26 | $7.13 | 02/22/18 |
|  |  | 06/16/14 | Dishonored Check Penalty | $30.60 |  |  |
|  |  | 09/01/14 | Tax Deposit Penalty | $346.08 |  |  |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
| | | 09/08/14 | Interest | $0.08 | | |
| | | 11/17/14 | Dishonored Check Penalty | $25.00 | | |
| 941 | 09/30/14 | 12/01/14 | Tax | $7,497.62 | $2,382.51 | 04/18/16 |
| | | 12/01/14 | Tax Deposit Penalty | $435.94 | | |
| | | 12/01/14 | Failure to Pay Tax Penalty | $15.20 | | |
| | | 12/01/14 | Interest | $3.88 | | |
| | | 01/05/15 | Tax Deposit Penalty | $76.00 | | |
| | | 04/18/16 | Interest | $87.80 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $235.61 | | |
| 941 | 12/31/14 | 02/23/15 | Tax | $35,945.64 | $47,747.54 | 04/18/16 |
| | | 02/23/15 | Tax Deposit Penalty | $3,594.56 | | |
| | | 02/23/15 | Failure to Pay Tax Penalty | $179.73 | | |
| | | 02/23/15 | Interest | $68.01 | | |
| | | 03/30/15 | Tax Deposit Penalty | $1,797.28 | | |
| | | 03/30/15 | Failure to Pay Tax Penalty | $179.73 | | |
| | | 03/30/15 | Interest | $114.62 | | |
| | | 04/18/16 | Interest | $1,366.77 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $4,493.20 | | |
| 941 | 03/31/15 | 06/01/15 | Tax | $3,988.90 | $25.07 | 06/01/15 |
| | | 04/20/15 | Dishonored Check Penalty | $25.00 | | |
| | | 06/01/15 | Interest | $0.07 | | |
| 941 | 06/30/15 | 11/09/15 | Tax | $5,660.18 | $5,125.26 | 04/18/16 |
| | | 06/22/15 | Dishonored Check Penalty | $25.00 | | |
| | | 11/09/15 | Late Filing Penalty | $495.80 | | |
| | | 11/09/15 | Tax Deposit Penalty | $420.57 | | |
| | | 11/09/15 | Failure to Pay Tax Penalty | $73.45 | | |
| | | 11/09/15 | Interest | $34.95 | | |
| | | 12/14/15 | Tax Deposit Penalty | $183.63 | | |
| | | 12/14/15 | Failure to Pay Tax Penalty | $18.37 | | |
| | | 12/14/15 | Interest | $13.60 | | |
| | | 04/18/16 | Interest | $53.73 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $128.54 | | |
| 941 | 09/30/15 | 02/22/16 | Tax | $30,046.74 | $39,796.09 | 03/28/16 |
| | | 02/22/16 | Late Filing Penalty | $4,056.31 | | |
| | | 02/22/16 | Tax Deposit Penalty | $3,004.67 | | |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
|  |  | 02/22/16 | Failure to Pay Tax Penalty | $600.93 |  |  |
|  |  | 02/22/16 | Interest | $320.61 |  |  |
|  |  | 03/28/16 | Tax Deposit Penalty | $1,502.34 |  |  |
|  |  | 03/28/16 | Failure to Pay Tax Penalty | $150.24 |  |  |
|  |  | 03/28/16 | Interest | $109.25 |  |  |
| 941 | 12/31/15 | 02/22/16 | Tax | $14,788.10 | $17,232.90 | 03/28/16 |
|  |  | 02/22/16 | Tax Deposit Penalty | $1,478.81 |  |  |
|  |  | 02/22/16 | Failure to Pay Tax Penalty | $73.94 |  |  |
|  |  | 02/22/16 | Interest | $26.69 |  |  |
|  |  | 03/28/16 | Tax Deposit Penalty | $739.40 |  |  |
|  |  | 03/28/16 | Failure to Pay Tax Penalty | $73.94 |  |  |
|  |  | 03/28/16 | Interest | $47.02 |  |  |
| 941 | 03/31/16 | 05/23/16 | Tax | $7,051.28 | $3,991.05 | 09/05/16 |
|  |  | 05/23/16 | Failure to Pay Tax Penalty | $17.64 |  |  |
|  |  | 05/23/16 | Interest | $8.88 |  |  |
|  |  | 09/05/16 | Tax Deposit Penalty | $431.27 |  |  |
| 941 | 06/30/16 | 08/22/16 | Tax | $8,147.66 | $9,505.47 | 09/26/16 |
|  |  | 08/22/16 | Tax Deposit Penalty | $814.76 |  |  |
|  |  | 08/22/16 | Failure to Pay Tax Penalty | $40.74 |  |  |
|  |  | 08/22/16 | Interest | $19.61 |  |  |
|  |  | 09/26/16 | Tax Deposit Penalty | $407.38 |  |  |
|  |  | 09/26/16 | Failure to Pay Tax Penalty | $40.74 |  |  |
|  |  | 09/26/16 | Interest | $34.58 |  |  |
| 941 | 09/30/16 | 11/21/16 | Tax | $14,964.76 | $16,092.07 | 03/06/17 |
|  |  | 11/21/16 | Failure to Pay Tax Penalty | $69.42 |  |  |
|  |  | 11/21/16 | Interest | $31.90 |  |  |
|  |  | 03/06/17 | Tax Deposit Penalty | $2,107.09 |  |  |
| 941 | 12/31/16 | 02/27/17 | Tax | $13,953.12 | $6,135.00 | 06/12/17 |
|  |  | 02/27/17 | Failure to Pay Tax Penalty | $24.49 |  |  |
|  |  | 02/27/17 | Interest | $14.52 |  |  |
|  |  | 06/12/17 | Tax Deposit Penalty | $1,197.09 |  |  |
| 941 | 03/31/17 | 05/29/17 | Tax | $6,035.90 | $5,482.04 | 09/11/17 |
|  |  | 05/29/17 | Failure to Pay Tax Penalty | $22.95 |  |  |
|  |  | 05/29/17 | Interest | $4.54 |  |  |
|  |  | 06/05/17 | Dishonored Check Penalty | $91.81 |  |  |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
| | | 06/05/17 | Failure to Pay Tax Penalty | $22.95 | | |
| | | 06/15/17 | Interest | $13.62 | | |
| | | 09/11/17 | Tax Deposit Penalty | $735.91 | | |
| 941 | 06/30/17 | 02/12/18 | Tax | $13,650.92 | $18,928.30 | 02/12/18 |
| | | 02/12/18 | Late Filing Penalty | $3,071.46 | | |
| | | 02/12/18 | Tax Deposit Penalty | $1,365.09 | | |
| | | 02/12/18 | Failure to Pay Tax Penalty | $477.78 | | |
| | | 02/12/18 | Interest | $363.05 | | |
| 941 | 09/30/17 | 02/12/18 | Tax | $12,832.00 | $12,878.45 | 02/12/18 |
| | | 02/12/18 | Late Filing Penalty | $1,369.30 | | |
| | | 02/12/18 | Tax Deposit Penalty | $1,031.34 | | |
| | | 02/12/18 | Failure to Pay Tax Penalty | $202.86 | | |
| | | 02/12/18 | Interest | $131.95 | | |
| 941 | 12/31/17 | 02/26/18 | Tax | $26,958.04 | $29,865.55 | 02/26/18 |
| | | 02/26/18 | Tax Deposit Penalty | $2,695.80 | | |
| | | 02/26/18 | Failure to Pay Tax Penalty | $134.79 | | |
| | | 02/26/18 | Interest | $76.92 | | |
| 940 | 12/31/09 | 12/13/10 | Tax | $2,480.00 | $613.02 | 03/19/18 |
| | | 12/13/10 | Late Filing Penalty | $72.00 | | |
| | | 12/13/10 | Failure to Pay Tax Penalty | $136.40 | | |
| | | 12/13/10 | Interest | $107.04 | | |
| | | 11/14/11 | Failure to Pay Tax Penalty | $210.80 | | |
| | | 11/12/12 | Failure to Pay Tax Penalty | $272.80 | | |
| | | 12/13/10 | Interest | $50.50 | | |
| 940 | 12/31/10 | 10/10/11 | Tax | $559.23 | $2,677.86 | 03/19/18 |
| | | 10/10/11 | Late Filing Penalty | $125.83 | | |
| | | 10/10/11 | Failure to Pay Tax Penalty | $25.17 | | |
| | | 10/10/11 | Interest | $17.85 | | |
| | | 11/12/12 | Failure to Pay Tax Penalty | $67.11 | | |
| | | 06/17/13 | Add'l Tax | $869.82 | | |
| | | 06/17/13 | Late Filing Penalty | $217.45 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $91.02 | | |
| | | 11/17/14 | Interest | $215.92 | | |
| | | 11/17/14 | Failure to Pay Tax Penalty | $104.38 | | |
| | | 04/18/16 | Interest | $101.24 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $69.58 | | |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
| 940 | 12/31/11 | 05/14/12 | Tax | $590.01 | $6,725.74 | 03/19/18 |
| | | 05/14/12 | Late Filing Penalty | $79.65 | | |
| | | 05/14/12 | Failure to Pay Tax Penalty | $11.80 | | |
| | | 05/14/12 | Interest | $5.73 | | |
| | | 11/18/13 | Failure to Pay Tax Penalty | $100.30 | | |
| | | 05/26/14 | Tax Deposit Penalty | $309.17 | | |
| | | 05/26/14 | Add'l Tax | $3,091.65 | | |
| | | 05/26/14 | Late Filing Penalty | $463.75 | | |
| | | 08/25/14 | Tax Deposit Penalty | $154.58 | | |
| | | 11/17/14 | Interest | $373.30 | | |
| | | 11/17/14 | Failure to Pay Tax Penalty | $220.90 | | |
| | | 04/18/16 | Interest | $237.90 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $525.58 | | |
| 940 | 12/31/13 | 02/24/14 | Tax | $675.71 | $6,304.15 | 03/19/18 |
| | | 02/24/14 | Failure to Pay Tax Penalty | $3.38 | | |
| | | 02/24/14 | Interest | $1.33 | | |
| | | 04/18/16 | Interest | $46.12 | | |
| | | 04/18/16 | Failure to Pay Tax Penalty | $165.56 | | |
| | | 05/02/16 | Tax Deposit Penalty | $347.23 | | |
| | | 05/02/16 | Add'l Tax | $3,472.28 | | |
| | | 06/27/16 | Tax Deposit Penalty | $173.61 | | |
| 940 | 12/31/14 | 05/23/16 | Tax | $802.94 | $1,093.70 | 05/23/16 |
| | | 05/23/16 | Late Filing Penalty | $180.66 | | |
| | | 05/23/16 | Failure to Pay Tax Penalty | $64.24 | | |
| | | 05/23/16 | Interest | $40.86 | | |
| 940 | 12/31/15 | 02/22/16 | Tax | $984.09 | $995.79 | 02/22/16 |
| | | 02/22/16 | Failure to Pay Tax Penalty | $4.92 | | |
| | | 02/22/16 | Interest | $1.78 | | |
| 940 | 12/31/16 | 02/27/17 | Tax | $321.63 | $324.19 | 02/27/17 |
| | | 02/27/17 | Failure to Pay Tax Penalty | $1.61 | | |
| | | 02/27/17 | Interest | $0.95 | | |

| Tax Type | Tax Period Ending | Assessment Date | Assessment Type | Assessed Amount | Balance Due | Balance Date |
|---|---|---|---|---|---|---|
| 1120 | 12/31/08 | 05/28/12 | Late Filing Penalty | $2,136.00 | $2,592.91 | 03/19/18 |
|  |  | 11/17/14 | Interest | $164.46 |  |  |
|  |  | 04/18/16 | Interest | $101.17 |  |  |
| 1120 | 12/31/09 | 07/02/12 | Late Filing Penalty | $2,136.00 | $2585.44 | 03/19/18 |
|  |  | 11/17/14 | Interest | $157.85 |  |  |
|  |  | 04/18/16 | Interest | $100.87 |  |  |
| 1120 | 12/31/10 | 07/02/12 | Late Filing Penalty | $4,680.00 | $5,664.78 | 03/19/18 |
|  |  | 11/17/14 | Interest | $345.86 |  |  |
|  |  | 04/18/16 | Interest | $221.04 |  |  |
| 1120 | 12/31/11 | 12/10/12 | Late Filing Penalty | $3,120.00 | $3,736.43 | 03/19/18 |
|  |  | 11/17/14 | Interest | $187.00 |  |  |
|  |  | 04/18/16 | Interest | $145.80 |  |  |
| 1120 | 12/31/13 | 06/01/15 | Late Filing Penalty | $3,120.00 | $3,125.00 | 06/01/15 |
| 1120 | 12/31/14 | 11/23/15 | Late Filing Penalty | $780.00 | $794.85 | 04/18/16 |
|  |  | 04/18/16 | Interest | $9.85 |  |  |
| 1120 | 12/31/15 | 01/02/17 | Late Filing Penalty | $1,170.00 | $1,175.00 | 01/02/17 |
| CVPN | 12/31/10 | 10/14/13 | IRC 6721 Penalty for Intentional Disregard | $18,550.37 | $21,614.93 | 04/18/16 |
|  |  | 11/17/14 | Interest | $618.63 |  |  |
|  |  | 04/18/16 | Interest | $843.42 |  |  |
|  |  |  |  |  |  |  |
| **Total Balance Due** |  |  |  |  | **$728,263.78** |  |

16.     A delegate of the Secretary of the Treasury gave Odyssey notice and made demand for payment of the unpaid taxes described in paragraph 15 above.

17.     Despite notice and demand, however, Odyssey has failed, neglected, or refused to fully pay the liabilities described in paragraph 15 above, and as a result, Odyssey remains indebted to the United States, after application of all costs, fees, accruals, abatements, payments, and credits, in the amount of $728,263.78, plus statutory additions, including interest, that continue to accrue.

17

WHEREFORE, the plaintiff United States of America respectfully requests that the Court:

A.      Find that Odyssey Spirits, Inc., Mark A. Hoehn, and Laura A. Hoehn have engaged and are engaging in conduct that interferes with the enforcement of the internal revenue laws;

B.      Find that injunctive relief under 26 U.S.C. § 7402(a) and the Court's inherent equity powers is necessary and appropriate to prevent Odyssey and Mark and Laura Hoehn from interfering with the enforcement of the internal revenue laws;

C.      Enter an injunction, pursuant to 26 U.S.C. § 7402(a), Fed. R. Civ. P. 65, and the Court's inherent equity powers, ordering that:

      1.      Odyssey shall, and Mark and Laura Hoehn shall cause Odyssey and other employer entity that they control to, withhold from each employee's paycheck an appropriate amount of income tax and the employee portion of the FICA tax;

      2.      Odyssey shall, and Mark and Laura Hoehn shall cause Odyssey and other employer entity that they control to, timely deposit withheld employee income tax, withheld employee FICA tax, and employer FICA tax in an appropriate federal depository bank in accordance with federal deposit regulations;

      3.      Odyssey shall, and Mark and Laura Hoehn shall cause Odyssey and other employer entity that they control to, timely deposit FUTA taxes in an appropriate federal depository bank each quarter in accordance with federal deposit regulations;

      4.      Mark and Laura Hoehn shall sign and deliver to a designated IRS revenue officer, or to such specific location as the IRS may deem appropriate, on the first day of

each month, an affidavit stating that the required federal income taxes, FICA taxes, and FUTA taxes were fully and timely deposited for each pay period during the prior month;

5.     Odyssey shall, and Mark and Laura Hoehn shall cause Odyssey and other employer entity that they control to, timely file Form 941 employment tax returns and Form 940 unemployment tax returns that come due after the date of the injunction, and Mark and Laura Hoehn shall provide a copy of each filed return to a designated IRS revenue officer in such manner as the IRS deems appropriate, within five days of filing;

6.     Odyssey shall, and Mark and Laura Hoehn shall cause Odyssey and other employer entity that they control to, timely pay all required outstanding liabilities due on each return required to be filed under the Court's injunction order;

7.     Odyssey and Mark and Laura Hoehn are enjoined from paying other creditors of Odyssey or from transferring, disbursing, or assigning any money, property, or assets of Odyssey after the date of the injunction order until after such time as the required deposits described in paragraphs C-1 and C-2, and any liabilities described in paragraph C-6, have been paid in full, for any tax period ending after the injunction is issued;

8.     Odyssey and Mark and Laura Hoehn are enjoined from assigning and/or transferring money or property to any other entity to have that entity pay the salaries or wages of Odyssey's employees, except for a commercial payroll services provider approved in advance by counsel for the United States;

9.     Odyssey and Mark and Laura Hoehn shall permit a representative from the Internal Revenue Service to inspect Odyssey's books and records periodically with two days' notice of each inspection;

10.     For the five-year period beginning on the date this injunction order is entered, Mark and Laura Hoehn shall notify, in writing, such revenue officer as the IRS designates, if either Mark or Laura Hoehn intend to or do form, incorporate, own, or work in a managerial capacity for another business entity. Regardless of such notification, the preceding subparagraphs of this paragraph C shall apply to any employer entity controlled by Mark and/or Laura Hoehn.

D.     Require Mark and Laura Hoehn and Odyssey to deliver to all of their current employees, and any former employees employed at any time since March 31, 2008, a copy of the Court's findings and injunction;

E.     Retain jurisdiction over this case for a five-year period to ensure compliance with this injunction, including authorizing the United States to take post-judgment discovery to ensure compliance;

F.     Order that, if Mark and Laura Hoehn or Odyssey violate any term of this injunction, then counsel for the United States shall send Defendants written notice of the violation, and Defendants shall have 10 days after notification is sent to cure the violation;

1.     A "cure" for the violation includes making a late tax deposit and all accruals on such tax; paying delinquent tax shown on a return and all accruals on such tax; filing a delinquent tax return; and providing a delinquent notification to the designated IRS revenue officer.

2.     If counsel for the United States has sent Defendants three separate written notifications for three separate violations, then counsel for the United States shall no longer be obligated to send written notification of a violation.

3.      If any violation is not cured within ten days of notification or if, after the

third notification followed by cures, the United States becomes aware of a new violation

by Mark or Laura Hoehn or Odyssey, then the United States shall be entitled to file with

this Court a motion for an Order to Show Cause why Mark and Laura Hoehn and

Odyssey should not be held in contempt of this injunction and why Odyssey should not

be ordered to cease doing business immediately and why Mark and Laura Hoehn should

not be permanently enjoined from forming, incorporating, or owning another or a

successor business entity and from working for any business in any capacity that includes

any responsibility for withholding, accounting for, or paying over employment taxes or

for filing employment tax returns.

G.      Enter judgment in favor of the United States of America and against the defendant

Odyssey Spirits, Inc., in the amount of $728,263.78, plus statutory additions, including interest

pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), that continues to

accrue, for the unpaid tax liabilities assessed against the defendant Odyssey Spirits, Inc. for the

quarterly employment tax periods ending on March 31, 2007, September 30, 2007, December 31,

2007, March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009,

June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010,

September 30, 2010, December 31, 2010, March 31, 2011, June 30, 2011, September 30, 2011,

December 31, 2011, March 31, 2012, June 30, 2012, September 30, 2012, December 31, 2012,

March 31, 2013, June 30, 2013, December 31, 2013, June 30, 2014, September 30, 2014,

December 31, 2014, March 31, 2015, June 30, 2015, September 30, 2015, December 31, 2015,

March 31, 2016, June 30, 2016, September 30, 2016, December 31, 2016, March 31, 2017, June

30, 2017, September 30, 2017, December 31, 2017 ; as well the annual unemployment tax

periods 2009 – 2011 and 2013 – 2016; as well as for late filing penalties for Form 1120 for income tax years 2008 – 2011 and 2013 – 2014; as well as for an IRC § 6721 Civil Penalty for Intentional Disregard for the tax period ending on December 31, 2010; and

        H.     Any other and further relief that the Court deems just and proper, including the United States' costs and attorneys' fees.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


*/s/ Angela R. Foster*
ANGELA R. FOSTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-616-9183 (v)
202-514-5238 (f)
Angela.R.Foster@usdoj.gov

Of Counsel:

SUZANA KOCH
Assistant United States Attorney
Financial Litigation Unit
Office of the United States Attorney
Northern Distirct of Ohio
216-622-3600
Suzana.Koch@usdoj.gov

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
      Plaintiff

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      Another District
      *(specify)*

☐ 6  Multidistrict
      Litigation -
      Transfer

☐ 8  Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.**     Civil Categories: (Please check <u>one category only</u>).

   1. ☐     General Civil
   2. ☐     Administrative Review/Social Security
   3. ☐     Habeas Corpus Death Penalty

   *If under Title 28, §2255, name the SENTENCING JUDGE: _____

                                   CASE NUMBER: _____

**II.**     <u>RELATED OR REFILED CASES</u>.  See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled.  Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

   This action:     is **RELATED** to another **PENDING** civil case     is a **REFILED** case     was **PREVIOUSLY REMANDED**

   **If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.**     In accordance with Local Civil Rule **3.8**, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein.  Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

   ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER.  UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

   (1)     **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county
   <u>COUNTY:</u>
   Corporation **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

   (2)     **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
   <u>COUNTY:</u>

   (3)     **Other Cases**. If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
   <u>COUNTY:</u>

**IV.**     The Counties in the Northern District of Ohio are divided into divisions as shown below.  After the county is determined in Section **III**, please check the appropriate division.

   <u>EASTERN DIVISION</u>

   ☐     **AKRON**               **(Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)**
   ☐     **CLEVELAND**       **(Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake,**
                                         **Lorain, Medina and Richland)**
   ☐     **YOUNGSTOWN**   **(Counties: Columbiana, Mahoning and Trumbull)**

   <u>WESTERN DIVISION</u>

   ☐     **TOLEDO**             **(Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry,**
                                         **Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca**
                                         **VanWert, Williams, Wood and Wyandot)**

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)    Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)    County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)    Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.    Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.    Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.    Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.    Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| _____ | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

 

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 

 

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | ) |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                       *Server's signature*

                                             _____
                                                       *Printed name and title*


                                             _____
                                                       *Server's address*

Additional information regarding attempted service, etc: